UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ASHRAF SAID, on behalf of himself and all others
similarly situated,

                Plaintiff,

-against-

SBS ELECTRONICS, INC., et al,

                Defendants.
-----------------------------------------------------------------X

**MEMORANDUM & ORDER**

08 CV 3067 (RJD) (JO)

DEARIE, Chief Judge.

On November 10, 2009, plaintiff requested that the Court hold a pre-motion conference to discuss his filing of a motion to enforce a settlement agreement between himself and defendants Doctor TV, Inc. and Mark Dornhard. (Docket Entry 33.) The Court referred the matter to Magistrate Judge James Orenstein "for appropriate resolution and with authority to issue Report & Recommendation." (Docket Entry 34.) In a letter to Judge Orenstein dated November 25, 2009 (Docket Entry 35), counsel for defendants conceded that defendants have no defense to plaintiff's request to enforce the parties' settlement agreement. Accordingly, by Report and Recommendation submitted November 27, 2009, Judge Orenstein recommended that the Court "enter judgment in favor of plaintiff Said against defendants Doctor TV, Inc. and Mark Dornhard, jointly and severally, in the amount of $85,000.00 plus reasonable costs and attorneys' fees." (Docket Entry 36.)

The deadline for filing objections to the Report and Recommendation was December 14, 2009, and no objections have been filed. The Court has reviewed Judge Orenstein's Report and Recommendation and adopts it in its entirety. The Clerk of the Court is directed to enter

judgment against defendants Doctor TV, Inc. and Mark Dornhard, jointly and severally, in the amount of $85,000.00 plus reasonable costs and attorneys' fees.

**SO ORDERED.**

Dated: Brooklyn, New York
December 17, 2009

                                                      s/ Judge Raymond J. Dearie
                                                      RAYMOND J. DEARIE
                                                      United States District Judge