UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ASHRAF SAID,

                                                            **MEMORANDUM & ORDER**
                        Plaintiff,                          08 CV 3067 (RJD) (JO)

                -against-

SBS ELECTRONICS, INC., et al,

                        Defendants.
-------------------------------------------------------------------X

DEARIE, Chief Judge.

In its Memorandum and Order dated March 30, 2010 (Docket Entry 42), the Court

adopted in part the Report and Recommendation of Magistrate Judge James Orenstein dated

February 24, 2010, and referred the matter to Judge Orenstein for the sole purpose of re-

calculating the amount of the default judgment to be entered against defendants Seth Seigel and

SBS Electronics, Inc. consistent with the Court's Order.  Judge Orenstein recalculated the

amount of the default judgment in a Report and Recommendation dated April 1, 2010 and

recommended that I order the entry of default judgment against SBS in the amount of

$72,184.79.  Plaintiff Ashraf Said timely filed a limited objection to Judge Orenstein's April 1

Report and Recommendation, requesting that I order the entry of default judgment against both

SBS and Seigel in the amount of the $72,184.79 with joint and several liability between SBS and

Seigel.

The Court has reviewed Judge Orenstein's April 1, 2010 Report and Recommendation

for clear error and adopts it in its entirety with the following modification:  consistent with the

Court's finding in its March 31, 2010 Order that the allegations in Said's complaint establish that

both Seigel and SBS are liable for any wage violations that occurred on or after October 1, 2007,

the Clerk of the Court is directed to enter judgment against Seigel and SBS in the amount of

$72,184.79 with joint and several liability between them.

**SO ORDERED.**

Dated: Brooklyn, New York
     June _\_, 2010

s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge
